1   STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3   THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4   ERIN A. CORNELL (CABN 227135)
MARJA-LIISA OVERBECK (CABN 261707)

5   KEVIN R. RUBINO (CABN 255677)
Assistant United States Attorneys

6

7      450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495

8      Telephone: (415) 436-7124
   FAX: (415) 436-7234

9      erin.cornell@usdoj.gov
   mari.overbeck@usdoj.gov

10     kevin.rubino@usdoj.gov

11  Attorneys for United States of America

12               UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,     )  CASE NO. CR 21-00328 YGR
                         )

16        Plaintiff,         )  GOVERNMENT'S MOTION TO UNSEAL WRITS
                         )  OF HABEAS CORPUS AD PROSEQUENDUM;

17     v.                  )  ORDER
                         )

18  DAVID CERVANTES, aka "DC," et al.,  )
                         )

19        Defendants.        )

20

21       The government hereby moves to unseal the writs of habeas corpus prosequendum by which 15

22  of the defendants in the above-captioned case were transferred from state to federal custody.  The basis

23  for the government's motion is that the conditions requiring the sealing of the writs have been removed.

24       On August 25, 2021, a grand jury indicted the 22 defendants in the above-captioned case.  Of

25  those 22 defendants, 15 were in state custody at various California correctional facilities or jails.  The

26  government petitioned the Honorable Virginia K. DeMarchi to issue writs of habeas corpus ad

27  prosequendum requiring the transfer of those defendants to federal custody to face these charges.  Judge

28  DeMarchi issued those writs on August 27, 2021.  Dkt. 4–18.

1     At that time, the government sought an order requiring these writs to be sealed because

2  disclosure of these documents would reveal the existence of a federal indictment, a fact which was not

3  yet public.  Disclosure of the writs could therefore have compromised the arrest of unincarcerated co-

4  defendants and risked the safety of law enforcement executing those arrests.  Judge DeMarchi granted

5  the government's sealing motion and ordered the writs sealed until further order of the Court.

6     The federal indictment has now been unsealed, and the 15 defendants who were the subject of

7  the writs have been transferred from state to federal custody.  As a result, the conditions justifying the

8  sealing of the prosequendum writs have been removed.  By this motion, the government requests that the

9  writs that were sealed by Judge DeMarchi's sealing order dated August 27, 2021, now be unsealed.

10

11

12  DATED:  February 9, 2022                              Respectfully submitted,

13                                                        STEPHANIE M. HINDS
                                                          United States Attorney
14

15                                                         /s/
16                                                        ERIN A. CORNELL
                                                          MARJA-LIISA OVERBECK
17                                                        KEVIN R. RUBINO
                                                          Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

MOTION TO UNSEAL                          2
CR 21-00328 YGR

1                              **ORDER**

2          Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED

3   that the writs of habeas corpus ad prosequendum appearing in the above-captioned docket at entries 4

4   through 18, shall be unsealed.

5          IT IS SO ORDERED

6

7   DATED:  February 9, 2022

8                                                      
    _____
    NATHAN
9   United Sta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO UNSEAL                    3
CR 21-00328 YGR