STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
KEVIN R. RUBINO (CABN 255677)
LEIF DAUTCH (CABN 283975)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov
    kevin.rubino@usdoj.gov
    leif.dautch@usdoj.gov

Attorneys for United States of America

**FILED**
Feb 24 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID CERVANTES, aka "DC," <br> JAMES PEREZ, aka "Conejo," <br><br> Defendants. | **CASE NO. CR 21-00328 YGR (DMR)** <br><br> STIPULATED REQUEST FOR BRIEFING SCHEDULE AND HEARING ON MOTION TO COMPEL DISCOVERY, AND ORDER |

STIP. REQUEST FOR BRIEFING SCHEDULE AND HEARING
CR 21-00328 YGR (DMR)

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant David Cervantes, by and through his counsel of record, John Paul Reichmuth, and defendant James Perez, by and through his counsel of record, Erik G. Babcock (collectively, "Defendants"), hereby stipulate as follows:

1. Defendants have been charged via indictment with racketeering conspiracy in violation of 18 U.S.C. § 1962(d) for their alleged participation in the activities of the Nuestra Familia prison gang while incarcerated in California state prison.

2. On January 26, 2023, the Honorable Yvonne Gonzalez Rogers set a trial date of January 22, 2024 for Defendants. Judge Gonzalez Rogers also instructed the parties to direct any discovery disputes, including any motions to compel discovery, to the Honorable Magistrate Judge Donna M. Ryu.

3. In addition to the voluminous discovery already produced by the government, Defendants requested in Fall 2022 39 additional categories of materials related to, among other things, government cooperators, that they claimed were relevant to pretrial motions, particularly a motion to suppress the wiretap evidence. The parties have exchanged numerous letters addressing and refining the issues presented by these supplemental discovery requests, and some requests have been resolved either by government production or withdrawal of the defense request. The parties have met and conferred telephonically on the remaining discovery requests but have reached an impasse. Defendants have indicated that they intend to file a motion to compel production of some of the requested materials.

4. Accordingly, the parties jointly propose the following briefing and hearing schedule for Defendants' motion to compel discovery:

| | |
|---|---|
| Defense Motion to Compel: | March 23, 2023 |
| Government Opposition: | April 13, 2023 |
| Defense Reply: | May 4, 2023 |
| Hearing: | May 11, 2023 |

5. The parties believe that this briefing and hearing schedule will provide the parties enough time to fully brief the issues, while staying on course for the trial date set by the Court.

6. Counsel for codefendants Juan Soto and Guillermo Solorio will not be movants and do not join in this stipulation.

7. Defendants and codefendants Juan Soto and Guillermo Solorio reserve their rights to bring future motions other than the motion to compel addressed by this filing and proposed briefing schedule.

8. The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 23, 2023                     Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s Leif Dautch
LEIF DAUTCH
Assistant United States Attorney

DATED: February 23, 2023                     /s John Paul Reichmuth
JOHN PAUL REICHMUTH
Counsel for Defendant David Cervantes

DATED: February 23, 2023                     /s Erik G. Babcock
ERIK G. BABCOCK
Counsel for Defendant James Perez

**ORDER (AS MODIFIED)**

Based on the joint request of the parties, and for good cause shown, the Court hereby sets the following briefing and hearing schedule for the defense's motion to compel discovery:

> Defense Motion to Compel:   March 23, 2023
> Government Opposition:   April 13, 2023
> Defense Reply:   May 4, 2023
> Hearing:   May 17, 2023  at 11:00 a.m.

IT IS SO ORDERED.

February 24, 2023
DATE

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge