IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CERVANTES, JAMES PEREZ, GEORGE FRANCO, TRINIDAD MARTINEZ, and GUILLERMO SOLORIO<br><br>Defendant. | **Case No.:** CR 21–328 YGR<br><br>**ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>**Updated in red: 1/11/2024**<br><br>**Court:**   Courtroom 1, 4th Floor |
|---|---|

On January 11, 2024, the Court held a regularly-scheduled status conference. The Court confirms the trial date to June 3, 2024, and upon request of the defendants, makes the following minor modifications noted in red to the pretrial schedule:[1]

| **Event** | **Deadline/Date** |
|---|---|
| Gov't Discovery Cutoff Deadline (Discovery produced thereafter shall be excluded absent good cause) | **January 2, 2024**<br><br>Proposed deadline five months before trial is one month longer than previously set. |

---

[1] At the status conference, defendant Guillermo Solorio and George Franco both join all motions which are being, and have been filed, and yet object to the trial date of June 3, 2024. The Court finds the objection disingenuous and an act of gamesmanship. The Court overruled that objection and again excludes time under the Speedy Trial Act moving the trial date back and the exclusion of time under the Speedy Trial Act. 18 U.S.C. § 3161 until June 3, 2024. The Court overruled that objection for the same reasons it has previously: The Court is warranted in maintaining a joint trial in this complex RICO case for co-defendants where the government has represented that overlapping evidence would be significant and the exclusion is warranted by the ends of justice. *Id.* § 3161(h)(6). (Dkt. No. 662.)

| Event | Deadline/Date |
|---|---|
| Motion to Suppress Wiretap | Mot. re TT13, 17, 19, 21-23: October 18, 2023 (Dkt. 962)<br>Mot. re TT16: November 6, 2023 (Dkt. 1000)<br>**Omnibus Opp'n: November 15, 2023**<br>**Omnibus Reply: December 7, 2023**<br>**Hearing: December 14, 2023, 9 a.m.** |
| *Hearing on Motion to Suppress Wiretap* | **December 14, 2023, 9 a.m.** |
| Status Conference | **January 11, 2024, 9 a.m.**<br><br>Proposed date supplants date for original First Pretrial Conference at Dkt. 910 at 4.<br><br>**February 15, 2024, 9 a.m.** |
| Motion to Suppress Non-Wiretap Evidence,<br>Motion to Dismiss,<br>Motion Alleging Defects in Indictment | **Mot.: January 11, 2024**<br>**Opp'n: February 8, 2024**<br>**Reply: February 22, 2024**<br>**Hearing: March 14, 2024**, 9 a.m. |
| AEO De-Designation,<br>Jencks Act Disclosures | **April 1, 2024**<br><br>Proposed date maintains Court's prior order of disclosure 60 days before trial. |
| *Hearing on Motion to Suppress Non-Wiretap Evidence, Motion to Dismiss, Motion Alleging Defects in Indictment* | **March 14**, 2024, 9 a.m. |
| Proposed Additions to the Standard Survey Monkey Questionnaire | **March 1, 2024** |
| *Status Conference* | **March 14, 2024**, 9 a.m.<br><br>Proposed date supplants date for original Third Pretrial Conference at Dkt. 910 at 3. |
| Motions in Limine,<br>*Daubert* Motions | **Mot.: March 14, 2024**<br>**Opp'n: April 4, 2024**<br>**Reply: April 18, 2024**<br>**Hearing: May 2, 2024, 9 a.m.** |

ORDER MODIFYING PRETRIAL SCHEDULE
*CERVANTES*, CR 21–328 YGR

2

| Event | Deadline/Date |
|---|---|
| Joint Pretrial Conference Statement, Proposed Jury Verdict Form, Proposed Jury Instructions, Proposed Jury Questionnaires | **April 22, 2024** |
| *Second Pretrial Conference* | **May 2, 2024, 9 a.m.** |
| *Third Pretrial Conference* | **May 23, 2024, 9 a.m.** |
| *Jury Trial* | **June 3, 2024, 8 a.m.** |

//

Further, as stated on the record, to facilitate a process for defense counsel to have legal visits with their clients at the courthouse, the Court will be contacting defense counsel *ex parte* to formalize communications with the United States Marshal Service.

IT IS SO ORDERED.

January 11, 2024
DATED

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE