IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO, and TRINIDAD MARTINEZ<br><br>Defendants. | Case No.: CR 21–0328 YGR [DMR]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE. BRIEFING SCHEDULE ON THIRD MOTION TO COMPEL DISCOVERY**<br>***AS MODIFIED***<br><br>**Court:**     Courtroom 4, 3rd Floor |

The parties have agreed on the below briefing schedule for the defendants' third motion to compel discovery, which the parties now request the Court to adopt:

| | | |
|---|---|---|
| Defendants' Motion: | ~~February 12, 2024~~ | Feb. 9, 2024 |
| Government Opposition: | ~~February 26, 2024~~ | Feb. 23, 2024 |
| Defendants' Reply: | ~~March 7, 2024~~ | March 1, 2024 |
| Hearing: | March 14, 2024, at 11 a.m.[1] | PENDING COMPLETION OF THE 3/14/24 CRIMINAL DUTY CALENDAR. |

IT IS SO STIPULATED.

DATED: January 19, 2024                             Respectfully submitted,

MARTHA BOERSCH
Chief, Criminal Division

*Leif Dautch*
LEIF DAUTCH
MARJA-LIISA OVERBECK
ASEEM PADUKONE
Assistant United States Attorneys

---

[1] Defendants are scheduled to appear for a motions hearing before the Honorable Judge Yvonne Gonzalez Rogers at 9 a.m. on March 14, 2024. Dkt. 1055 at 2.

JOINT STIPULATION AND ORDER (AS MODIFIED) RE. BRIEFING SCHEDULE ON DEF. THIRD MOT. TO COMPEL DISCOVERY
*CERVANTES*, CR 21–0328 YGR [DMR]

DATED: January 19, 2024

*Lisa Ma*
LISA MA
JOHN PAUL REICHMUTH
*Counsel for Defendant Cervantes*

*Shawn Halbert*
SHAWN HALBERT
ERIK BABCOCK
*Counsel for Defendant Perez*

*Brian Getz*
BRIAN GETZ
*Counsel for Defendant Solorio*

*Joseph Abrams*
JOSEPH ABRAMS
*Counsel for Defendant Martinez*

*Marsanne Weese*
MARSANNE WEESE
NATHANIEL J. TORRES
*Counsel for Defendant Franco*

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

January 22, 2024
Dated

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Chief Magistrate Judge

JOINT STIPULATION AND ORDER (AS MODIFIED) RE. BRIEFING SCHEDULE ON DEF. THIRD MOT. TO COMPEL DISCOVERY *CERVANTES*, CR 21–0328 YGR [DMR]

2