JODI LINKER
Federal Public Defender
Northern District of California
LISA MA
JOHN PAUL REICHMUTH
Assistant Federal Public Defenders
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Lisa_Ma@fd.org

Counsel for Defendant Cervantes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID CERVANTES, JAMEZ PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO, and TRINIDAD MARTINEZ, <br><br> Defendants. | **Case No.:** CR 21–328 YGR <br><br> **STATEMENT AS TO UNSEALING OF ORDER ON DEFENDANTS' SECOND MOTION TO COMPEL** <br><br> **Court:** Courtroom 1, 4th Floor |

The Court directed defense counsel to state their position as to the potential unsealing of the ORDER ON DEFENDANTS' SECOND MOTION TO COMPEL. The government does not object to its unsealing. The defense does not object to its unsealing except as to Section D. That section contains a number of theories of potential defenses in this case. Those matters were discussed under seal. Even if the proceedings are not ex parte, the public airing of potential defenses in this case could prejudice the defense position because potential witnesses may view it in advance of trial. Public airing of those theories might also endanger people, given that the potential theories of defense discuss the potential responsibility of uncharged parties.

Dated: February 22, 2024

Respectfully submitted,
JODI LINKER
Federal Public Defender
Northern District of California
/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Counsel for Defendant Cervantes