IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21–328 YGR |
| Plaintiff, | **PRETRIAL ORDER NO. 3 RE ACCESS TO DISOCVERY FOR TRIAL PREPARATION** |
| v. | |
| DAVID CERVANTES, JAMES PEREZ, GEORGE FRANCO, TRINIDAD MARTINEZ, and GUILLERMO SOLORIO | |
| Defendant. | |

**TO: THE WARDEN AT U.S.P. ATWATER, the U.S. MARSHAL, and COUNSEL:**

Defendants Cervantes, Perez, Solorio, Martinez and Franco are set for trial commencing June 3, 2024. Recently, the government provided voluminous discovery, both documentary and audio, which under a protective order was not previously authorized for defendants' review. Now, on the eve of trial, significant and adequate time is necessary for defendants to review, and consult with counsel about, the discovery in advance of trial. This matter was discussed with counsel for the government and defense on April 4, 2024. After hearing from counsel for both parties, and Good Cause Appearing, **IT IS HEREBY ORDERED**:

1. Defendants David Cervantes, James Perez, Guillermo Solorio, Trinidad Martinez, and George Franco shall each be allowed to possess a tablet in their cells. Defense counsel shall load each tablet **only with the documentary and audio discovery in this case.**

2. The Court further orders that:

   a. One paper copy of the discovery shall be made available to the defendants in a room dedicated to that purpose only. The room will be made available to the defendants for discovery review every day between the hours of 6:30 a.m. and 9:30 p.m. USP Atwater will use

and maintain a sign-in log indicating the date and times each defendant uses the discovery room so the Court can monitor such use.

     b. One set of the paper and audio discovery shall also be made available to the defendants on the dedicated e-discovery computer terminal. As with the paper discovery room, USP Atwater shall use and maintain a sign-in log so the Court can monitor the use of the e-discovery computer.

     c. USP Atwater is ordered to send a copy of both the paper and e-discovery sign-in logs once a week **to the Court only** so that it can monitor both use and compliance. The first log is due to the Court on Friday, April 12, 2024 and shall be sent via email to ygrchambers@cand.uscourts.gov.

The U.S. Attorney's Office shall serve this order on the warden. The clerk of the court shall provide a copy of this order to the U. S. Marshal.

**IT IS SO ORDERED.**

April 4, 2024
DATED

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE