1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                            OAKLAND DIVISION

7    **UNITED STATES OF AMERICA,**           **Case No.:** CR 21–328 YGR

8           Plaintiff,                        **PRETRIAL ORDER NO. 6 RE**
                                              **CONTINUED EVIDENTIARY HEARING**
9           v.                                **AND CO-CONSPIRATOR**
                                              **STATEMENTS**
10   **DAVID CERVANTES, JAMES PEREZ,**
     **GEORGE FRANCO, TRINIDAD**
11   **MARTINEZ, and GUILLERMO**
     **SOLORIO**
12
            Defendants.
13

14         **TO ALL PARTIES AND COUNSEL OF RECORD**:

15         First, having reviewed and considered the filings to date and the testimony of retired Task

16   Force Officer Charlie Chua, the Court believes it is necessary to obtain the testimony of FBI

17   Special Agent Andrew Jimenez.  At this juncture, the Court does not find that additional

18   testimony is necessary.  Thus, the Court **SETS** an additional evidentiary hearing for **Tuesday,**

19   **May 7, 2024 at 8:00 a.m. in Courtroom One** of the United States District Court in Oakland,

20   California. Special Agent Jimenez shall appear in person.

21         Second, as the Court continues to evaluate the parties' motions *in limine,* and with respect

22   to United States' Motion *in Limine* #3 to admit co-conspirator statements, the government shall

23   provide the following updates and documents related to Exhibit A to its Motion *in Limine* No. 3

24   (Dkt. No. 1164), which was filed with the Court under seal on March 14, 2024 (the "Co-

25   Conspirator Spreadsheet") by **Noon on Friday, May 3, 2024**:

26         a)  The government shall provide to the Court all exhibits referenced as support for

27             the intercepted communications and kites in the Co-Conspirator Spreadsheet.  The

28             government shall deliver one chambers set in addition to electronic copies.

b) The government shall update the Co-Conspirator Spreadsheet to identify the **sponsoring witness** through which each co-conspirator statement is being offered for admission into evidence.

c) The government shall advise the Court on the meaning of the term "Declarant" as used in the Co-Conspirator Spreadsheet.  Specifically, if the author of the statement is different than the witness the government plans to rely on for the introduction of such testimony, the government shall identify both the sponsoring witness as well as the speaker.

d) The government shall provide a number for each row in the "Protected Witness Testimony" tab of the Co-Conspirator Spreadsheet so that an order references the "numbered statement" rather than a "row" on the spreadsheet.

**IT IS SO ORDERED.**

May 1, 2024
**DATED**

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**