## MAY 2017

TRACY: OVERALL, $15,599... MONTHLY INCOME; $315... $107 SENT TO ORG....
SHAFTER: OVERALL, $6,429... MONTHLY INCOME; $511... $255 SENT TO ORG....
S.V.S.P. B; OVERALL; $15,459... MONTHLY INCOME; $11,637... $5,818 SENT TO ORG....
S.V.S.P. C; OVERALL; $7,500... MONTHLY INCOME; $4,000... $2,000 SENT TO ORG...
HIGH DESERT: THIS PINTAS OVERALL $7,700... MONTHLY INCOME $7,000... $3500 SENT TO ORG....
PLEASANT VALLEY: OVERALL, $9,800... MONTHLY INCOME, $4000... $2000 SENT TO ORG...
SOL-A; OVERALL, $18,000... MONTHLY INCOME; $5,315... $2,657 SENT TO ORG.--
SOL-B; OVERALL, $9,100... MONTHLY INCOME; $2400... $1200 SENT TO ORG...
SOL-C; OVERALL $1400... NO MONTHLY INCOME....
SOL-D; OVERALL; $3100... NO MONTHLY INCOME....
SUSANVILLE III; OVERALL; $9,946... MONTHLY INCOME; $3,014... $1500 SENT TO ORG...
SUSANVILLE II; OVERALL; $5,012... MONTHLY INCOME; $1128... $550 SENT TO ORG, & $5,900 STILL FROZE IN BANK/$400 IN P.PAL-
SUSANVILLE I; OVERALL $2100... NO MONTHLY INCOME...
NEW FOLSOM; OVERALL; $16,800... MONTHLY INCOME; $2225... $1100 SENT TO ORG...
S.Q.; OVERALL; $15,441... MONTHLY INCOME; $1458... $729 SENT TO ORG...
CMC; OVERALL, $5,710... MONTHLY INCOME; $710... $355 SENT TO ORG...
AZ; OVERALL; $7,300... MONTHLY INCOME; $1687... $843 SENT TO ORG...
SATF C; OVERALL, $13,970... MONTHLY INCOME; $2150... $1100 SENT TO ORG...
SATF B; OVERALL, $11,227... MONTHLY INCOME; $4060... $2000 SENT TO ORG...
OLD CORCO RANCH; OVERALL; $4492... MONTHLY INCOME; $2240... $1100 SENT TO ORG...
DELANO CCF: OVERALL $400... BANK BURN STARTING....
* $1000 PAID TO STEVEN ANTHONY JACK "HUERO" % MODESTO # AF-0241 FOR A PHONE SOLD WHILE IN SUSANVILLE-

TOTAL: $25,814... $12,907 DESIGNATED FOR ORG / $12,907 DESIGNATED FOR RESERVE.



SUSANVILLE III; BANK: $16,200... INCOME: $5700... $2850 SENT TO ORG... (JULY 2017)
SUSANVILLE II; BANK: $5,600... INCOME: $1800... $900 SENT TO ORG...
SUSANVILLE I; BANK: $3411... INCOME: $2730... $1365 SENT TO ORG * STILL HAVE NOT RECEIVED DUE T[O] THEM LOSING PHONE....
SVSP C; BANK: 19,200... INCOME: $2400... $1200 SENT TO ORG. * HAVE YET TO RECEIVE. ALSO HAVE YET T[O] RECEIVE THE PREVIOUS $1900 OWED FROM LAST MONTH—
SVSP B; BANK: $20,952... INCOME: $7,582... $3200 SENT TO ORG...
TRACY; BANK: $19,845... INCOME: $4680... $2340 SENT TO ORG...
HIGH DESERT C; BANK: $6,100... INCOME: $4000... $2000 SENT TO ORG...
HIGH DESERT 2; BANK: $9,350... INCOME: $2800... $1400 SENT TO ORG...
PLEASANT VALLEY; BANK: $4,500... INCOME: $3600... $1800 SENT TO ORG...
SATF C; BANK: $15,260... INCOME: $7000... $3500 SENT TO ORG...
SATF B; BANK: $8,510... INCOME: $1660... $800 DESIGNATED FOR ORG. * HAVE YET TO RECEIVE $$$, WILL BE S[ENT] WITH AUGUST INCOME....
OLD COLORADO RANCH; BANK: $5790... INCOME: $2000... $1000 DESIGNATED FOR ORG. * FINANCE GUY DEPARTED UND[ER] SUSPICION CIRCUMSTANCES. RUMORED TO HAVE LOCKED UP, TOOK ALL MONEY (ORG $) WITH HIM. "SERGIO" P/ VIDA"
N-FOLSOM; BANK: $19,400... INCOME: $6900... $3450 SENT TO ORG...
AZ; BANK: $1375... $1187 SENT TO ORG... * PREVIOUS "D.A" STEVEN GARZA "STEVE" P VIDA PACKED AND BAILED TURN OVER BANK ($4500) CURRENTLY ON THE STREET IN FRESNO TRYING TO RECOVER MONEY BUT CANT BE LOCATED...
S.Q. BANK: $16,405... INCOME $1779... $890 SENT TO ORG...
SOL A:
SOL B; BANK: $000... INCOME $1400... $700 DESIGNATED FOR ORG...* HAVE YET TO GET...
SOL C; BANK: $300 * YARD HOLDER CAN NOT ACCOUNT FOR $3000 CURRENTLY ON FREEZE PENDING INVESTIGATION...
SOL D; BANK: $3,100... INCOME: $00... NOTHING FOR ORG...
P.B.S.P; BANK: $2700... INCOME: $1550... $1000 SENT FOR ORG. * TURNS OUT ALL THAT MONEY THESE GUYS CLAIMED T[O] IS GONE. * $2,100 CONFIRMED THAT IT WAS SENT TO MELRA FOR ORG. THIS PLACE IS DOING BAD FINANCIALLY...
SHAFTER; BANK: $7,200... NO INCOME... * PRIMARY WENT MAN DOWN AND FINANCE'S ROUTE, NO ACTIVITY THIS MONTH. EVER, HE IS BACK...
DELANO; BANK: $750. THIS FAMILIA IS STRUGGLING TO GET A FINANCIAL FOOTING. HOPEFULLY IT TURN AROUND...
CMC; BANK: $5600... INCOME $900... $450 SENT TO ORG...

## JUNE 2017

DVI; OVERALL; $17,505... MONTHLY INCOME; $4130.... $2065 SENT TO ORG...

SVSP C; OVERALL; $19,200... MONTHLY INCOME; $3600.... $1900 SENT TO ORG....

SVSP B; OVERALL; $17,561... MONTHLY INCOME; $7742.... $3871 SENT TO ORG...

PLEASENT VALLEY; OVERALL; $16,800... MONTHLY INCOME; $7000... $3500 SENT TO ORG...

SUSANVILLE III; OVERALL; $12,679... MONTHLY INCOME; 1742... $2166 SENT TO ORG...

SUSANVILLE II; OVERALL; $3138... MONTHLY INCOME $1061... $530 SENT TO ORG... ← $5,900, 1088 • $384 FROZEN IN ACCOUNT

SQ; OVERALL; $16,463... MONTHLY INCOME; $1742... $862 SENT TO ORG...

N. FOLSOM; OVERALL; $12,900... MONTHLY INCOME $8000... $4000 PLUS $400 (4400) SENT TO ORG. $400 WAS FOR FINE

HIGH DESERT C; OVERALL; $7200... MONTHLY INCOME $1600... $800 SENT TO ORG...

HIGH DESERT D; OVERALL; $4000... MONTHLY INCOME $1450... $725 SENT TO ORG...

SHAFTER; OVERALL; $6976... MONTHLY INCOME; $797... $398 SENT TO ORG...

SUSANVILLE I; OVERALL; $2000... MONTHLY INCOME $1400... NOTHING FOR ORG. YET TO REACH $5000 MARK...

AZ; OVERALL; $7435... MONTHLY INCOME; $700... $350 SENT TO ORG...

SATF C; $16,970... MONTHLY INCOME; $6000... $3000 SENT TO ORG... * SENDING AN EXTRA $1000 THAT OWED FROM STKN MED.

SATF B; OVERALL; $12,142... MONTHLY INCOME $915... $450 SENT TO ORG...

OLD CORCO RANCH: OVERALL; $5592... MONTHLY INCOME; $1100... $550 SENT TO ORG...

SOL A; OVERALL; $12,424... MONTHLY INCOME; $3525... $1762 SENT TO ORG...

SOL *; OVERALL $10,000... MONTHLY INCOME; $800... $400 SENT TO ORG...

SOL C; OVERALL $2800... NO MONTHLY...

SOL *; OVER ALL $3500... NO MONTHLY...

DELANO CCF: OVERALL $400. STILL STRUGGLING —



## AUGUST 2017

SUSANVILLE III; OVERALL BANK; $14,450... INCOME; $1700... $850 DESIGNATED FOR ME OR
* HAVE YET TO RECEIVE CONTRIBUTION

SUSANVILLE II; OVERALL BANK; $7,763... INCOME; $1505... $750 SENT TO ORG...
SUSANVILLE I; OVERALL BANK; $4,400... INCOME; 900... $450 DESIGNATED FOR ORG. * HAVE YET TO RECEIVE CONTRIBUTION

SVSP 3; OVERALL BANK; $18,317... INCOME; $9,234... $4,620 DESIGNATED TO ORG * ONLY RECEIVED $4520

SVSP 5; NO CONTACT, DUE TO LOCK DOWN, LOSS OF PHONE. REFER TO LAST MONTH'S ACCOUNT. * NOTE STILL OWE FOR MONTH OF JULY. NOW AUGUST. $3200 TOTAL IS DESIGNATED FOR ORG

TRACY, OVERALL BANK, $21,658... INCOME, $3625... $1912 SENT TO ORG...
CMC; OVERALL BANK; $5,600... INCOME $900... $450 SENT TO ORG...
P.V.S.P; OVERALL BANK; $21,135... INCOME $6800... $3400 SENT TO ORG...
SQ; OVERALL BANK, $15,965... INCOME, $450... $225 SENT TO ORG...

HIGH DESERT P OVERALL BANK; $7200... * THIS PINTA IS STILL FAMILIARIZING WITH FINANCIAL REPORTS. THEY DO THEIR CONTRIBUTION TOGETHER. TOTAL CONTRIBUTION FOR THIS PINTA, $5500...

NEW FOLSOM; OVERALL BANK, $13,145... INCOME; $8750... $4375 DESIGNATED FOR ORG. * HAVE YET TO RECEIVE SAID CONTRIBUTION

P.G.S.P, HAVE YET TO REPORT OVERALL BANK, INCOME, $1500... $750 DESIGNATED FOR ORG...
SHAFTER; OVERALL BANK, $7,800... INCOME, $800... $350 SENT TO ORG...
DELANO, OVERALL BANK; $400... HAVE YET TO PRODUCE. IF THEY FAIL AGAIN NEXT MONTH, I WILL BE CHANGING UP THEIR C.O.C

CTF LEVEL I; BURLY MADE CONTACT, AND CURRENTLY TRYING TO GET GOING. $300 WAS SPENT OUT OF ORG BANK TO PURCHASE THEM A PHONE

SOLANO A; OVERALL BANK, $25,903... INCOME, $3479... $1759 SENT TO ORG...
SOLANO B; OVERALL BANK $9,700... INCOME $1,000... $500 DESIGNATED FOR ORG. * HAVE YET TO RECEIVE CONTRIBUTION

SOLANO 5; OVERALL BANK, $700... * BETWEEN OA * FINANCE MANAGER, $3,500 IS UNACCOUNTED FOR. BOTH ARE CURRENTLY ON FREEZE

SOLANO 7; OVERALL BANK; $4000... INCOME; $1200... NOTHING FOR ORG. HAVE YET TO REACH $5000 MARK

SATF 5; OVERALL BANK, $9,800... INCOME, $4200... $2100 SENT TO ORG...
SATF 4; OVERALL BANK; $12,443... INCOME; $4200... $2100 SENT TO ORG...

OLD COELO FRENCH; BANK MANAGER TOOK UP WITH BANK. CURRENTLY STARTING OVER. HOWEVER PAID SENT $300 THAT WAS PREVIOUSLY OWED...

AZ; OVERALL BANK, $2,842... INCOME, $2600... $1305 SENT TO ORG... * PREVIOUS OA FARLOSS WITH OVER $6,000 OF AZ BANK MONEY. STEVIE GARZA V/ VISALIA. CURRENTLY ATTEMPTING TO LOCATE HIM

* COMMUNICATION HAS BEEN DIFFICULT THIS MONTH AS ALOT OF PINTA'S ARE BEING SEARCHED, AND HAVE LOST THEIR PHONES. THEREFORE SOME CONTRIBUTIONS ARE RUNNING LATE -- OVERALL FOR THE MONTH OF AUGUST IS; $31,276...

$15,638 FOR ORG

$15,638 FOR RESERVE



**CATOS**
- VICTOR ZERMENO #G15638. MORENO O/ DELANO SVSP 4·2016
- ROGELIO REYES # FLACO O/ DINA
- JUAN LORENZO SOTO #AB4750 DRIFTER O/ WATSON 12·15
- ALEX MARTINEZ # SPIDER O/ WATSON 2016
- JUAN HERNANDEZ #AK8880 DREAMER O/ REEDLY 4·2016

**BUBBA O/ SAC**
- FRANK SANCHEZ # SPANKY / CHUY LOCS O/ SALAS. NEW FOLSOM (RESIDES C·M·C)

**GANGSTER**
- MARIO HERNANDEZ #G·68088 WORM O/ VISA. PVSP 5·2016
- ~~JIMMY BARRERA~~
- RAYMOND LOPEZ #AN4705 GUILTY O/ VISA PVSP 5·2016

**MANDO O/ DELANO**
- RICH HURTADO # V64077 BIG RICH O/ POROS CORCO 6·2014
- JAIME BARERRA #T CAVINO O/ MANTICA CORCO (SLIM FINISHED 11·2016)

**MATT**
- MICHAEL WASHINGTON #T03958 / AD3574 MIKED O/ SAN JO SVSP 5·2016
- FRANK LEDESMA #AA4923. PELON O/ HAIWARO PBSP 3·2016
- WILLIAM HERNANDEZ NEGRO O/ MOUNT VIEW PBSP 3·2016
- RUBAN CONCHAS # T01727. SILENT O/ ROSEVILLE PBSP 3·2016.

**D·C**
- RAUL CARDENAS # D95655. NEGRO O/ WOODVILLE. NEW FOLSOM 2014

Trial Exhibit 165 Page 007

D.C

- RAUL CARDENAS #D
95655. NEGRO 01 WOO-
DVILLE. NEW FOLSOM
2014 _____

**BLANCO**

- ALEX SAMARO #C11950
SILENT 01 SAN JO. CORC
2016 _____
- RAUL CASTRUITA
#P COOL 01 SALAS
3·2016 _____

**RECIO**

- RONNIE CAVALOS
#AT1198 STYLES 01
MODESTO 4·2016 _____

**BUBBS**

- FRANCISCO CARDINAS
#AV8585 JUNEBUG
01 LINDSAY. CALLES 2012

**CAPAS**

- JOSEPH MICHAEL LEYVA
#K63575 JOEY 01
SAN JO. 5·2016 _____

**SPOOKIO**

- FERNANDO MIRANDA
#AG0867 RUGER 01 CAS-
TROVILLE 4·2016 _____
- PATRICK HIGUERA #
F23949 DRIFTER 01 SAN-
TA ROSA 4·2016 _____
- SERGIO GARZA #T25
66 TIGRE 01 DECOTO 4·
2016 _____
- JACINTO RUELAS #
K38589. SHORTE 01 SAL-
AS 4·2016 _____

**ESTEBAN**

- FRANK VILLA. PANCHO
01 SAN JO. SUSANVI-
LLE _____
- EDGARDO RODRIGUEZ
BIG EVIL 01 HAYWARD
SVSP 6·2016 _____
- JACOB LOPEZ #K51
82. JOKER 01 SAN JO
SVSP 2016 APRIL _____



AS 4·2016 —
**ESTEBAN** _____
- FRANK VILLA - PANCHO O/ SAN JO · SUSANVILLE _____
- EDGARDO RODRIGUEZ BIG EVIL O/ HAYWARD SVSP 6·2016 _____
- JACOB LOPEZ #AK5182 · JOKER O/ SAN JO SVSP 2016 APRIL _____
- MICHAEL LEND GONZALEZ # AH5996 CUETE O/ HANFORD SVSP 4·2016
- JAMIE GUZMAN # P57159 JIMMY O/ T·C SVSP 4·2016 _____
- JOHNNY GABRIEL GUTIERREZ # F63722 MONSTER O/ FARMAS SVSP 4·2016 _____
- STUART NAGATA O/ RICHMOND SVSP 9·2015
- JOHN RAY LIMUS · J·MAC O/ WOODLAND SVSP 1·2016 _____
**CHINO O/ OAK** _____
- BEN DENSON · CROW O/ FREMONT _____

SLIM
ALBERT HERNANDEZ
#AR8436 FILERO 01
SALAS - SVSP 5-2016

BIRD / CYCO
JOSEPH DEVAR #BB95
24 FATBOY 01 HAYWA
RD (NOT COMP.)

CHUY 01 STKN
ALEJANDRO CARDENAS
#G24242 ROCKY 01
MODESTO - HIGH DESERT
3-2016 (W/ CHINO 4 0-
AK)

TURTLE
· CECIL SAGAPALU #V
70742 MONSTER 01
HAYWARD SVSP 5-2016

PELUCAS
· AARON BUSTAMONTE
#AF5247 RACOON 01
SACRA CORCO 11-2015
· SAIPAN ZAGSAW #AB
9523 FESTER 01 FRES
NO CORCO 2015

MANDO 01 1001
· CHAD CLEVELAND #T
81432 SAPO 01 SAN JO
4-2016
· CALEB CARDENAS #6
44965 CHUCK 01 HAY-
WARD 4-2016
· FRANK ABILA #P23
452 HAPPY 01 SAN JO
4-2016
· JOHN WINTERS #P
52928 GRUMP 01 FRE-
MONT 4-2016
· LIBRADO FORTANEL
#J54101 CRAZY 01
RICHMOND 4-2016
(TRACY)

RICHMOND 4-2016
(TRACY)

<u>UNKNOWN</u>
- LAWRENCE LARRY MEJIA #F37115 GANGSTER DI SAN JO
- EDDIE SCIUTTO #F03480 GHOST DI SANTA ROSA GRUMPY STARTED 1-2017
- GABRIEL TAFOYALLA #G22897 ANIMAL DI FAIR FIELD START 1-2017
- ALBERTO MARCO MANRIQUEZ MARKY BOY DI SALAS CATOS
- RAUL JOSEPH CASTRUITA KOOL DI SALAS #P41726 3-2016
- RAMON MARTINEZ POPEYE DI LINDSAY. T.C CO. JAIL 2013
- FELIPE RAMIREZ. CASPER DI VISA
- RAYMOND AVALOS. LITTLE 8 DI HANFORD
- NAPPY THOMAS DI FULPANA T.C
- SAMUEL FREGOSA WINO DI GILAS