### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00328-YGR-1/3/5/7
Case Name: USA v. Cervantes et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Mari Overbeck, Leif Dautch, and Aseem Padukone | John Paul Reichmuth (Cervantes); Erik Babcock and Shawn Halbert (Perez); Brian Getz (Solorio); Marsanne Weese and Nathaniel Torres (Franco) |
| **TRIAL DATE:** August 13, 2024 | **REPORTER(S):** Raynee Mercado | **CLERK:** Edwin Angelo A. Cuenco |
| **TIME IN COURT:** 6 Hours 11 Minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. The Court Grants the Government's requests to play exhibit 444 (beginning Line 9) and to show any handwritten words made by Mr. Matthew Rocha to him to provide clarity. | |
| | | 8:42 am | | | Sidebar with AUSA Dautch. | |
| | | 8:43 am | | | Sidebar with all parties. | |
| | | 8:45 am | | | Sidebar ends. | |
| | | 8:47 am | | | Witness Mr. Matthew Rocha is recalled. | |
| | | 8:57 am | | | The jury enters the courtroom. Mr. Reichmuth continues cross examination of Mr. Rocha. | |
| | | 9:18 am | | | Cross examination of Mr. Rocha by Mr. Getz. | |
| | | 9:42 am | | | Cross examination of Mr. Rocha by Ms. Weese. | |
| | 686A | | x | | Transcript. Interview of Mr. Rocha dated September 18, 2020. Page 6 Lines 5-21. | |
| | 692A-2 | | x | | Audio clip. Interview of Mr. Rocha dated November 9, 2020. Clip 2 57:43 – 58:06, Page 44 Lines 15-20. | |
| | | 10:17 am | | | The jury takes a break. | |
| | | 10:18 am | | | Mr. Rocha is admonished and asked to step down for break. The Court is in recess. | |
| | | 10:34 am | | | Mr. Rocha re-takes the stand. | |
| | | 10:36 am | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 10:41 am | | | The jury reenters the courtroom. Ms. Weese continues cross examination of Mr. Rocha. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:47 am | | | Court Grants the parties' stipulation on Mr. Rocha's interview dates. | |
| | 683B | | x | | Transcript. Interview of Mr. Rocha dated August 19, 2020, at Pelican Bay State Prison. Page 6 Lines 5-21. | |
| | | 11:34 am | | | Redirect examination of Mr. Rocha by AUSA Dautch. | |
| | | 11:49 am | | | The jury takes a break. | |
| | | 11:50 am | | | Mr. Rocha is admonished and asked to step down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:52 am | | | The Court is in recess. | |
| | | 12:10 pm | | | Court is reconvened. | |
| | | 12:11 pm | | | Mr. Rocha re-takes the stand. | |
| | | 12:14 pm | | | The jury reenters the courtroom. AUSA Dautch resumes redirect examination of Mr. Rocha. | |
| 540-1 | | | x | x | Page 1. Photograph of Mr. Rocha's stab wound on upper chest. | |
| 540-2 | | | x | x | Page 2. Photograph of Mr. Rocha's stab wound on upper shoulder. | |
| | 692A | | x | | Transcript. Interview of Mr. Rocha dated November 9, 2020. | |
| 444 | | | x | x | Call intercept TT19, session 1076 dated March 11, 2019. Clip 1 beginning Line 9. | |
| | | 12:58 pm | | | Recross examination of Mr. Rocha by Mr. Babcock. | |
| | 700 | | x | | Typed Autobiography of Mr. Rocha. | |
| | | 1:35 pm | | | Recross examination of Mr. Rocha by Mr. Reichmuth. | |
| | | 1:45 pm | | | Recross examination of Mr. Rocha by Ms. Weese. | |
| | | 1:48 pm | | | Mr. Rocha is admonished and reminded that he is not yet excused and still subject to recall by the Court. | |
| | | 1:50 pm | | | The jury is admonished and excused until Wednesday, August 14, 2024, at 8:30 am. | |
| | | 1:52 pm | | | Mr. Rocha steps down from the stand. The Court is in recess. | |
| | | 2:00 pm | | | Court is reconvened. Defendant Mr. Perez waives his appearance. Matters are discussed outside the presence of the jury. Defense Motion to Introduce Additional Material during Rocha Examination Under Federal Rule of Evidence 106 in Dkt. No. 1465 is **Granted in Part and Denied in Part**. Argument Re: Dkt. No. 1470 and Dkt. No. 1471 are heard and submitted. Parties ordered to meet and confer. | |
| | | 2:55 pm | | | The Court is in recess. Jury Trial is continued to Wednesday, August 14, 2024, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury). | |