JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Lisa_Ma@fd.org

Counsel for Defendant Cervantes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID CERVANTES, JAMEZ PEREZ, GEORGE FRANCO, and GUILLERMO SOLORIO,<br><br>　　　　　Defendants. | **Case No.:** CR 21–328 YGR<br><br>**DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL**<br><br>**Court:**　　　Courtroom 1, 4th Floor |

　　　On behalf of all defense counsel, the undersigned submits to the Court all of the electronic audio and visual evidence played for the jury during the trial of this matter by defense counsel, so it will be available for the record and for the jury to review in the courtroom per the Court's ruling denying that extrinsic audiovisual evidence of impeachment will not go back to the jury room. All defendants preserve their objections and request that this evidence go back to the jury room with the other evidence in the case.

　　　Attached as Exhibit A is a spreadsheet of the exhibits by Defense Exhibit Number. Attached as Exhibit B and filed manually to the Court is a USB drive containing all of those exhibits in electronic

form. The audio and visual files have been shared with government counsel by shared drive.

The USB (Ex. B hereto) is labeled "Defense Exhibits Audio/Video Clips played in court." The Exhibit Numbers are 718-1, 743-2, 743-3, 744-1, 747-1, 748-1, 751-1, 751-2, 626-1, 626-3, 630-3, 772-7, 663B-1, 781, 670A-1, 681-1, 683C-3, 683C-4, 684B-1, 692A-2, 683C-9, and 683C-10.

Dated: September 12, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

John Paul Reichmuth
JOHN PAUL REICHMUTH
Assistant Federal Public Defenders

Counsel for Defendant Cervantes

Exhibit A: Spreadsheet of Defense Exhibits Played During Trial

UNITED STATES v. DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO
CASE NO. 21-CR-328-YGR

## AUDIO VIDEO CLIPS-PLAYED IN COURT

| DEFENSE EXHIBIT NO. | BATES NUMBER | WITNESS | DATE PLAYED | DESCRIPTION |
|---|---|---|---|---|
| 718-1 | CS_DM_000128 | Donald Moran | 6/26/2024 | Clip 1 7:00 - 7:08, Pg. 9, Lines 2 to 9 |
| 743-2 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 2 - 1:28:10 - 1:28:27, Pg. 85, Lines 16 to 18 |
| 743-3 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 3 - 1:29:55 - 1:3015 Pg. 87, Lines 23 to Pg. 88, Line 2 |
| 744-1 | CS_DM_000128 | Donald Moran | 6/27/2024 | Clip 1 - 13:42 - 14:37, Pg. 18, Lines 5 to 24 |
| 747-1 | CS_DM_000127 | Donald Moran | 6/27/2024 | Clip 1 - 5:45 - 6:03, Pg. 5 Lines 16 to 23 |
| 748-1 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 1 - 20:45 - 20:50, Pg. 15, Lines 9 to 10 |
| 748-2 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 2 - 20:59 - 21:22, Pg. 15, Lines 16 to 22 |
| 751-1 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 1 - 4:00 - 4:33, Pg. 3, Line 22 to Pg. 4, Line 5 |
| 751-2 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 2 - 1:52 - 3:24, Pg. 2, Line 18 to Pg. 3, Line 13 |
| 626-1 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 1 - 1:52 - 3:16, Pg. 3, Line 5 to Pg. 4, Line 6 |
| 626-3 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 3 - 4:43 - 5:20, Pg. 5, Line 18 to Pg. 6, Line 1 |
| 630-3 | CS_JC_000117 | Joshua Cortez | 7/15/2024 | Clip 3 - 42:42 - 43:02, Pg. 42, Lines 21 to 25 |
| 772-7 |  | Joshua Cortez | 7/17/2024 | Clip 7 - 13:19 - 13:49, Pg. 5, Lines 19 to 27 |
| 663B-1 | CS_JS_000329 | Joshua Soto | 7/31/2024 | Clip 1 - 4:46 - 5:57, Pg. 4, Lines 4 to 17 |
| 781 | CS_JS_001272 | Joshua Soto | 7/31/2024 | 9/16/2021 Joshua Soto Jail Call (Clip) |
| 670A-1 | CS_DJ_000133 | Duane Jefferson | 8/5/2024 | Clip 1 - 1:29:50 - 1:30:12, Pg. 88, Line 19 to Pg. 89, Line 3 |
| 681-1 | CS_DJ_000268 | Duane Jefferson | 8/5/2024 | Clip 1 - 15:58 - 16:31, Pg. 1, Lines 5 to 23 |
| 683C-3 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 3 - 22:08 - 22:25, Pg. 29, Lines 7 to 14 |
| 683C-4 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 4 - 22:24 - 22:38, Pg. 29, Lines 14 to 22 |
| 684B-1 | CS_MR_000453 | Matt Rocha | 8/12/2024 | Clip 1 - 42:51 - 43:28, Pg. 46, Lines 1 to 15 |
| 692A-2 | CS_MR_000663 | Matt Rocha | 8/13/2024 | Clip 2 - 57:43 - 58:06, Pg. 44, Lines 15 to 20 |
| 683C-9 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 9 - 23:33 - 23:52, Pg. 31, Lines 1 to 8** |
| 683C-10 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 10 - 25:11 - 25:30, Pg. 33, Lines 9 to 16** |

Exhibit B: USB Drive of Defense Exhibits Played During Trial (Served on Government By Shared Drive)

JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:   John_Reichmuth@fd.org

Counsel for Defendant Cervantes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CERVANTES, JAMES PEREZ, GEORGE FRANCO, and GUILLERMO SOLORIO,<br><br>Defendants. | **Case No.:** CR 21–328 YGR<br><br>**EXHIBIT B TO DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL** |

## MANUAL FILING NOTIFICATION

Regarding Exhibit B to Defense Audio and Visual Exhibits Played During Trial:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

__X__ Physical Object (description): _____One (1) USB drive_____

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description):

Dated:     September 12, 2024                    Respectfully submitted,

                                                 JODI LINKER
                                                 Federal Public Defender
                                                 Northern District of California

                                                 _____/S/_____
                                                 JOHN PAUL REICHMUTH
                                                 Assistant Federal Public Defender

EXHIBIT B TO DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL: NOTICE OF MANUAL FILING
*CERVANTES*, CR 21–328 YGR

2