

I PERSONALLY TALKED TO CONEJO ABOUT HIS COMPLAINT WHICH HE SIMPLY SAID HE DROPPED HIS COMPLAINT SO IT WAS A DEAD ISSUE TO HIM. I ALSO ASKED HIM WHAT HAPPENED WITH KNOCKERS? HIS REPLY WAS HE FELT THREATENED BY KNOCKERS SO HE HAD HIM HIT. I ASKED HIM WHY DID HE FEEL THREATENED? HE SIMPLY REPLIED HE FELT HE WAS IN DANGER AND AS BOP HE COULD AND HAD RIGHT TO PROTECT HIMSELF AND THAT WAS THAT AND A DEAD ISSUE FOR HIM WHICH HE DIDN'T WANT TO FURTHER DISCUSS.

CS_DM_000970

DEFENSE EXHIBIT 611, p. 31 - REDACTED