

DEFENSE EXHIBIT 711