

Hand-drawn floor plan with labeled areas: YARD, U-1, U-2, U-3, U-4, SHORT CORRIDOR, OFFICE, DRY, WET, DOOR. Rooms labeled A, B, C, D, E, F with Y markings.