

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016108

NF CDCR-0016108

DEFENSE EXHIBIT 762-3