

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016113

NF CDCR-0016113

DEFENSE EXHIBIT 762-5