

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016114

NF CDCR-0016114

DEFENSE EXHIBIT 762-6