

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016116

NF CDCR-0016116

DEFENSE EXHIBIT 762-7