

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0016117

NF CDCR-0016117

DEFENSE EXHIBIT 762-8