

NF CDCR-0001778

DEFENSE EXHIBIT 775-2