

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NF CDCR-0001779

DEFENSE EXHIBIT 775-3