

DEFENSE EXHIBIT 775-4

NF CDCR-0001867