

DEFENSE EXHIBIT 782 - 2