

DEFENSE EXHIBIT 788-2