

DEFENSE EXHIBIT 788-7