

DEFENSE EXHIBIT 809-4