PEREZ, JAMES MARIO

**\* Auth (Verified) \***

Visit Start Dt/Tm: 07-11-2012 1110   Encounter Type: SICK CALL   Visit Reason: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 07-11-2012 1238   Entered By: MPIMSHEW, WILLIAMS, RN
Updated Dt/Tm: 07-11-2012 1303   Updated By: MPIMSHEW, WILLIAMS, RN

S: 7362: "Seen MD on 7-10-12. Told me to put slip in to discuss x-ray taken on 6/8/12. Back pain. Numbness around groin are and back as well as feet. Muscle weakness down my legs specially my left leg and foot etc.. And the pain that Rx Im now taking is not totally eliminating.. Could you please place me on doctors line so I can discuss all this as she requested."

TABE 8.2, glasses, no learning disabilities or DPP codes identified after review of DECS.

Pt seen at 1110. States he was seen by the PCP yesterday and signed a consent for amitriptyline but he has questions about his back x-ray and would like to discuss further medication management for his back pain with the PCP. Pt c/o symptoms getting progressively worse. C/o LBP with numbness to both feet which goes up to his hips throughout the day. He denies bowel or bladder problems at this time but feels he will be "wearing diapers" if this continues to progress. Current meds: asa, niacin, amitriptyline, ranitidine, acetaminophen, and ibuprofen. NKDA.

O: Steady, upright gait in NAD. A&O x4. Resp even and unlabored. Speech clear and appropriate. VSS. Skin warm, dry, pink.

A: Chronic pain RT c/o LBP

P: Will schedule for f/u with PCP per pt's request.

E: Continue current medications. Notify medical if condition deteriorates or further concerns.

D: Ambulated out of clinic in stable condition at 1120.

## Objective

### Vitals

Vitals Dt/Tm: 07-11-2012 1303   Temp (°F): 98.1   Pulse: 80   Respiration: 16
Blood Pressure: 124/80   Wgt: 180   Hgt: ' "   Provider: WILLIAMS, RN, HEATHER
Notes: C/o 7/10 LBP radiating down both legs L>R

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

CDC #: 
Name(L,F,M,S): PEREZ, JAMES

Page 1 of 4

CALIFORNIA CORRECTIONAL HEALTH CARE SYST

JP2893

PEREZ, JAMES MARIO

* Auth (Verified) *

## Assessment

### Medical Diagnosis

**Code:** 272.6         **Description:** DYSLIPIDEMIA
**Axis:**       **GAF:**         **Status:** COMPLETE      **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 01-17-2007 1021      **Resolve Dt/Tm:** 05-15-2012 1459      **Priority:** 001
**Notes:**

**Code:** 530.81         **Description:** GERD
**Axis:**       **GAF:**         **Status:** CURRENT      **Provider:** IKEGBU, MD, NNENNA
**Diagnosis Dt/Tm:** 11-18-2011 1059      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**
**Notes:**

**Code:** 787         **Description:** GI DISORDER NOT GERD
**Axis:**       **GAF:**         **Status:** COMPLETE      **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 01-17-2007 1022      **Resolve Dt/Tm:** 05-10-2010 1148      **Priority:** 002
**Notes:**

**Code:** 787         **Description:** GI DISORDER NOT GERD
**Axis:**       **GAF:**         **Status:** COMPLETE      **Provider:** SAYRE, MD/CMO, MICHAEL
**Diagnosis Dt/Tm:** 10-08-2011 1407      **Resolve Dt/Tm:** 10-08-2011 1407      **Priority:**
**Notes:**

**Code:** 9993         **Description:** PAIN/HEADACHE SYNDROME
**Axis:**       **GAF:**         **Status:** COMPLETE      **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 07-25-2007 1139      **Resolve Dt/Tm:** 11-30-2008 1237      **Priority:** 001
**Notes:** abd pain

**PHYSICIAN'S PROGRESS NOTES**
CDC 7230
STATE OF CALIFORNIA         DEPARTMENT OF CORRECTIONS

**CDC #:**
**Name(L,F,M,S):** PEREZ, JAMES

CALIFORNIA CORRECTIONAL HEALTH CARE SYST

JP2894

## Assessment

### Medical Diagnosis

**Code:** 593  **Description:** RENAL / UROLOGICAL DISORDER
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 07-27-2007 1057  **Resolve Dt/Tm:** 11-30-2008 1237  **Priority:** 002
**Notes:** handed stone from urethra to RN

**Code:** 724.9  **Description:** BACK DISORDER NOS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** ZZ-ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 11-23-2005 0959  **Resolve Dt/Tm:** 10-08-2011 1407  **Priority:**
**Notes:**

**Code:** 530.11  **Description:** REFLUX ESOPHAGITIS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** ZZ-ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 11-23-2005 1000  **Resolve Dt/Tm:** 07-20-2006 1151  **Priority:**
**Notes:**

**Code:** 999999  **Description:** 7362 F/U RENEWAL MEDICATIONS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 08-07-2006 1040  **Resolve Dt/Tm:** 11-14-2007 1318  **Priority:**
**Notes:**

**Code:** 724.5  **Description:** BACK DISORDER
**Axis:**  **GAF:**  **Status:** CURRENT  **Provider:** IKEGBU, MD, NNENNA
**Diagnosis Dt/Tm:** 11-18-2011 1057  **Resolve Dt/Tm:** 00-00-0000 0000  **Priority:**
**Notes:** Chronic radicular LBP.

---

**PHYSICIAN'S PROGRESS NOTES**
CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

**CDC #:**
**Name(L,F,M,S):** PEREZ, JAMES

CALIFORNIA CORRECTIONAL HEALTH CARE SYST

JP2895

DEFENSE EXHIBIT 835  Page 3 of 4

PEREZ, JAMES MARIO

* Auth (Verified) *

## Assessment

### Medical Diagnosis

**Code:** 9992  **Description:** NURSING DIAGNOSIS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** FLOWERS, SRN II, JAMES
**Diagnosis Dt/Tm:** 11-14-2007 1318  **Resolve Dt/Tm:** 07-03-2012 0937  **Priority:**
**Notes:**

**Code:** 733.90  **Description:** ORTHOPEDIC DISORDER
**Axis:**  **GAF:**  **Status:** CURRENT  **Provider:** IKEGBU, MD, NNENNA
**Diagnosis Dt/Tm:** 11-18-2011 1058  **Resolve Dt/Tm:** 00-00-0000 0000  **Priority:**
**Notes:** Bilat plantar fascitis.

**Code:** 357.4  **Description:** NEUROPATHY IN OTHER DIS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** ZZ-ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 11-23-2005 1000  **Resolve Dt/Tm:** 07-20-2006 1151  **Priority:**
**Notes:**

**Code:** 999999  **Description:** NURSING DIAGNOSIS
**Axis:**  **GAF:**  **Status:** COMPLETE  **Provider:** FLOWERS, SRN II, JAMES
**Diagnosis Dt/Tm:** 07-20-2006 1211  **Resolve Dt/Tm:** 11-14-2007 1318  **Priority:**
**Notes:**

## Order

---

**PHYSICIAN'S PROGRESS NOTES**

**CDC #:**
**Name(L,F,M,S):** PEREZ, JAMES

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

Page 4 of 4

CALIFORNIA CORRECTIONAL HEALTH CARE SYST

JP2896